Vicki J. Maniatis (NJ Bar No.: 001321994)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, New York 10022
Tel.: (516) 491-4665
vmaniatis@milberg.com

*Attorney for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RICHARD WEISS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AFFILIATED DERMATOLOGISTS & DERMATOLOGIC SURGEONS, P.A.,<br><br>Defendant. | Case No. 2:24-cv-06603 |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Richard Weiss, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Affiliated Dermatologists & Dermatologic Surgeons, P.A., without prejudice.

*[SIGNATURE BLOCK ON FOLLOWING PAGE]*

**So ORDERED on 8/20/2025:**

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge

Dated: August 19, 2025           Respectfully submitted,

*/s/Vicki J. Maniatis*
Vicki J. Maniatis (NJ Bar No.: 001321994)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, New York 10022
Tel.: (516) 491-4665
vmaniatis@milberg.com

*Attorney for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 15, 2025 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

/s/Vicki J. Maniatis
Vicki J. Maniatis (NJ Bar No.: 001321994)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, New York 10022
Tel.: (516) 491-4665
vmaniatis@milberg.com

*Attorney for Plaintiff and the Proposed Class*